Form rfiler – ntcrefilerv27.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 22–13800–JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nestor W Robles
  aka Nestor William Robles
  6117 Tyler Place
  West New York, NJ 07093

Social Security No.:
  xxx–xx–7509

Employer's Tax I.D. No.:

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

  You are hereby notified that the Clerk has determined that the

- [x] debtor
- [ ] joint debtor

  received a discharge in case number 19–18281–JKS , commenced on April 24, 2019. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

  Objections to this matter must be in writing and filed with the Clerk on or before June 14, 2022 at

          U.S. Bankruptcy Court
          MLK Jr Federal Building
          50 Walnut Street
          Newark, NJ 07102

  In the event a timely objection is filed, a hearing will be held before the Honorable Judge John K. Sherwood on:

DATE:          June 23, 2022
TIME:          10:00 am
COURTROOM:    3D

Dated: May 24, 2022
JAN: dlr

                                                            Jeanne Naughton
                                                            Clerk