Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−13800−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nestor W Robles
   aka Nestor William Robles
   6117 Tyler Place
   West New York, NJ 07093

Social Security No.:
   xxx−xx−7509

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/28/22 at 10:00 AM

to consider and act upon the following:

*25* − Notice of Request for Loss Mitigation re:Select Portfolio Servicing, Inc., filed by Jamal J Romero on behalf of Nestor W Robles. Objection deadline is 07/19/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Romero, Jamal)

Dated: 7/5/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court