Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                       Case No.:  22−13800−JKS
                                       Chapter:  13
                                       Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nestor W Robles
   aka Nestor William Robles
   6117 Tyler Place
   West New York, NJ 07093

Social Security No.:
   xxx−xx−7509

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       10/27/22
Time:      10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
$2,522.50

EXPENSES
$60.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 26, 2022
JAN:

                                                Jeanne Naughton
                                                Clerk

Case 22-13800-JKS    Doc 50    Filed 09/28/22    Entered 09/29/22 00:14:13    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 22-13800-JKS
Nestor W Robles                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Sep 26, 2022      Form ID: 137      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nestor W Robles, 6117 Tyler Place, West New York, NJ 07093-1093 |
| cr | + | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 519578351 | + | KML Law Group, P.C., 430 Mountain Avenue, Suite 200, New Providence, NJ 07974-2731 |
| 519578356 | | State of New Jersey, Division of Taxation, Bankruptcy Section, 3 John Fitch Way,, Trenton, NJ 08611 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 26 2022 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 26 2022 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 26 2022 20:31:33 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519578343 | + | Email/Text: G06041@att.com | Sep 26 2022 20:24:00 | ATT Direct TV, Attn: Bankruptcy, 4331 Communications Dr, Floor 4W, Dallas, TX 75211-1300 |
| 519578344 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2022 20:31:40 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519645856 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 26 2022 20:31:37 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519657189 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2022 20:31:45 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519578345 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2022 20:31:52 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519578346 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2022 20:31:52 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519578347 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2022 20:31:35 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519636612 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 26 2022 20:31:32 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519578348 | + | Email/Text: bankruptcy@firstelectronic.com | Sep 26 2022 20:24:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519578349 | | Email/Text: Bankruptcy@ICSystem.com | Sep 26 2022 20:24:00 | IC Systems, Inc., 444 Highway, 96 East, Saint Paul, MN 55127 |
| 519578350 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 26 2022 20:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519648746 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2022 20:31:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519578352 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 26 2022 20:24:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 519578353 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 26 2022 20:24:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 519647239 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 26 2022 20:24:00 | Nissan Motor Acceptance Company LLC, PO Box 9013, Addison, Texas 75001-9013 |
| 519578354 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 26 2022 20:31:43 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 519656474 | | Email/Text: bnc-quantum@quantum3group.com | Sep 26 2022 20:24:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519578355 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2022 20:24:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519580172 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 26 2022 20:31:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519578357 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 26 2022 20:24:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 519655574 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 26 2022 20:24:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519646222 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 26 2022 20:24:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519662592 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2022 20:24:00 | U.S. Bank N.A., as trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan Motor Acceptance Company LLC fka Nissan Mot, PO Box 340514, Tampa |
| 519578358 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 519578359 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 519646228 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David L. Stevens | on behalf of Debtor Nestor W Robles dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Jamal J Romero | on behalf of Debtor Nestor W Robles jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7