SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:   NESTOR W ROBLES
      6117 TYLER PLACE
      WEST NEW YORK,  NJ  07093

Atty:   SCURA WIGFIELD HEYER & STEVENS, LLP
        1599 HAMBURG TURNPIKE
        WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 22-13800

## RECEIPTS AS OF 01/13/2023
(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/29/2022 | $500.00 | 8555579000 | 09/12/2022 | $500.00 | 8700600000 |
| 09/30/2022 | $1,000.00 | 8734632000 | 11/16/2022 | $500.00 | 8828600000 |
| 01/05/2023 | $1,000.00 | 8923138000 | | | |

**Total Receipts: $3,500.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $3,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023
(Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 152.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,145.50 | 100.00% | 2,402.50 | 2,743.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ATT DIRECT TV | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,396.54 | 100.00% | 0.00 | 2,396.54 |
| 0003 | CITIBANK/BEST BUY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CITIBANK NA | UNSECURED | 348.28 | 100.00% | 0.00 | 348.28 |
| 0005 | LVNV FUNDING LLC | UNSECURED | 142.74 | 100.00% | 0.00 | 142.74 |
| 0006 | FIRST ELECTRONIC BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 196.67 | 100.00% | 0.00 | 196.67 |
| 0011 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | OLLO CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 461,952.36 | 100.00% | 0.00 | 461,952.36 |
| 0015 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | FAIR SQUARE FINANCIAL LLC | UNSECURED | 937.75 | 100.00% | 0.00 | 937.75 |

**Total Paid:  $2,555.00**
See Summary

**Chapter 13 Case # 22-13800**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $3,500.00            -     Paid to Claims: $0.00       -     Admin Costs Paid: $2,555.00    =    Funds on Hand: $945.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.